IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

FILED
APR 1 2 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Civil Action No:
MDL 875

This Document Relates Only to the
Cases Identified on the Attached Case List
(Hereinafter referred to as CVLO-1&2)

AMENDED CASE MANAGEMENT AND SCHEDULING ORDER FOR CVLO-1&2

AND NOW, this 11th day of April, 2012, after discussing with the parties on multiple occasions the necessity of altering the scheduling orders and the case lists associated with those scheduling orders, IT IS HEREBY ORDERED THAT, as to the cases identified on the attached list, the following discovery and pretrial management deadlines shall apply[1]:

1. Plaintiffs must submit to the defendants and to the court a list of viable defendants who they are unlikely to voluntarily dismiss in each of these cases by[2]:

| Subgroup A: April 12, 2012 | Subgroup B: April 12, 2012 | Subgroup C: April 12, 2012 |

2. All remaining fact discovery must be completed by:

| Subgroup A: April 20, 2012 | Subgroup B: May 21, 2012 | Subgroup C: June 15, 2012 |

3. Plaintiffs must provide a list of defendants in each case that plaintiffs are willing to voluntarily dismiss by:

| Subgroup A: May 4, 2012 | Subgroup B: May 29, 2012 | Subgroup C: June 29, 2012 |

4. Plaintiffs' expert reports must be filed by:

| Subgroup A: May 4, 2012 | Subgroup B: June 4, 2012 | Subgroup C: June 29, 2012 |

---

[1] The court presumes that the parties have now complied with any expired deadlines from the previous scheduling order.

[2] In order for the parties to prepare cases for dispositive motions during the summer, we have split the remaining 37 CVLO-1&2 cases into three subgroups, the first and second subgroups having ten cases and the third subgroup having seventeen cases.

5. Defendants' expert reports must be filed by:

| Subgroup A: May 18, 2012 | Subgroup B: June 18, 2012 | Subgroup C: July 13, 2012 |

6. All expert discovery must be completed by:

| Subgroup A: May 31, 2012 | Subgroup B: June 29, 2012 | Subgroup C: July 27, 2012 |

7. Any dispositive motions (including any dispositive *in limine* claims) must be filed by:

| Subgroup A: June 11, 2012 | Subgroup B: July 9, 2012 | Subgroup C: August 6, 2012 |

8. Responses to any dispositive motions must be filed by:

| Subgroup A: June 25, 2012 | Subgroup B: July 23, 2012 | Subgroup C: August 20, 2012 |

9. Replies to any dispositive motions must be filed by:

| Subgroup A: June 29, 2012 | Subgroup B: July 30, 2012 | Subgroup C: August 27, 2012 |

10. The parties have advised us that they anticipate that the plaintiffs will not need to file expert reports on the reasonableness and necessity of the medical expenses, as the parties likely will agree on this issue. We acknowledge that each defendant may decide to dispute such expenses in any given case, and will deal with those disputes accordingly. However, given the likelihood of such agreements and to the extent necessary, plaintiffs shall not be obligated to file such expert reports until after dispositive motions have been adjudicated or suggestions for remand have been filed.

11. Responses to requests for documents and other paper discovery must be served in accordance with the Federal Rules of Civil Procedure, unless subject to a written agreement by the parties.

12. Depositions and certain discovery are to be governed by the Federal Rules of Civil Procedure, as modified by the August 4, 2011 Deposition Protocol (amended on April 2, 2012) (08-90330 Doc. No. 87, Exh. A), the November 9, 2011 Medical Records Collection Protocol (01-MD-875 Doc. No. 8262), the December 14, 2011 Rules and Procedures Relating to the Authorization for Release of Bankruptcy Records (01-MD-875 Doc. No. 8318), as well as any future protocol agreed to by the parties and approved by the Court.

13. The role of defense liaison counsel will be to coordinate communications between the defense and the Court and to work with plaintiffs' counsel to come to agreement on broad issues. However, to the extent any party should have a particular objection or issue with regard to any case, that party is free to deal with plaintiffs' counsel directly.

14. A settlement conference, with client representatives to be in attendance in person, shall take place at such time as the Court, upon the recommendations of the parties or otherwise, deems appropriate.

BY THE COURT:

_____
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

## CVLO-1&2 Case List

### Subgroup A:

| LAST | FIRST | PAED NO. |
|---|---|---|
| Carnegie | John | 08-CV-89958 |
| Frankenberger | Howard | 09-CV-61717 |
| Hollins | Willie | 08-CV-90201 |
| Hutchinson | Jack | 08-CV-92157 |
| Johnson | Richard | 08-CV-92122 |
| Menozzi | Eugene | 08-CV-89865 |
| O'Keefe | Robert | 08-CV-92210 |
| Unzicker | Leonard | 11-CV-66288 |
| Weber | Daniel | 08-CV-92132 |
| Winslow | Terry | 08-CV-92114 |

### Subgroup B:

| Black | John | 10-CV-68110 |
|---|---|---|
| Buchanan | Howard | 08-CV-92038 |
| Centers | Albert | 08-CV-90268 |
| De Witt | Elsie | 08-CV-90189 |
| Malone | Clifford | 10-CV-68124 |
| McCullum | Roosevelt | 08-CV-89883 |
| Pray | Frankie | 08-CV-91884 |
| Smith | Ronald | 08-CV-90287 |
| Wilson | Irvin | 08-CV-90339 |
| Wilson | Merle | 08-CV-91879 |

### Subgroup C:

| Allen | Gary | 10-CV-67536 |
|---|---|---|
| Bault | Charles | 08-CV-91663 |
| Beyer | Harold | 08-CV-91894 |
| Bodine | Richard | 08-CV-92055 |
| Bugg | William | 08-CV-91729 |
| Carlson | Robert | 08-CV-89945 |
| Cummings | Ronald | 10-CV-68902 |
| Dover | Jackie | 10-CV-68127 |
| Ferguson | James | 08-CV-90234 |
| Grier | John | 08-CV-91687 |
| Henney | Jean | 09-CV-64629 |
| Norberg | Earl | 08-CV-90264 |
| Plue | Richard | 10-CV-68073 |
| Schurtz | Michael | 08-CV-91742 |
| Spangler | Herbert | 08-CV-91882 |
| Thomas | Glendel | 08-CV-92206 |
| Wiker | Philip | 08-CV-92207 |

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| ALBERT BOWER | DEBORAH SOLMOR | JOSEPH O'HARA | MICHELLE MONTGOMERY |
| ANDREW CROSS | DEMARCUS GORDON | JOSEPH WITEK | MURRAY ABOWITZ |
| BARRY ROBIN | DENIS RISCHARD | JOSHUA MURPHY | NICOLE BEHNEN |
| BILLEE WARD | DENNIS DOBBELS | K. CAREY | PATRICK PHILLIPS |
| BRADLEY FALKOF | DENNIS GRABER | KATHERINE GRAF | PETER CARLSON |
| BRIAN FIELDS | DEVLIN SCHOOP | KELLY CHERF | RICHARD BAKER |
| BRIAN TARNOW | DONALD BROAD | KELLY MCCLOSKEY | RICHARD CHAPIN |
| BRUCE KAMPLAIN | FRANCIS MORRISSEY | KENNETH GORENBERG | RICHARD STEINKEN |
| CAROL TATE | GARY SMITH | KRISTIN ACHTERHOF | ROBERT HALEY |
| CHARLES REITER | JACK BLOCK | KRISTINE KRAFT | ROBERT KOPKA |
| CHRISTOPHER RAISTRICK | JAMES FIEWEGER | LAURA O'CONNELL | RONALD LIPINSKI |
| CLARKE GILLESPIE | JAMES PECKERT | LORI YOKOYAMA | ROSEANNE LOFTUS |
| CREED TUCKER | JEFFREY REEL | MARK LIES | STEVEN SCHNACK |
| DANIEL CHEELY | JENNIFER FARDY | MARK RAKOCZY | SUSAN GUNTY |
| DANIEL OVERBEY | JENNIFER SEIDLER | MEANITH HUON | THOMAS WILSON |
| DAVID MUELLER | JOEL POOLE | MELISSA SKILKEN | TIMOTHY FAGAN |
| DAVID ROLF | JOHN DAMES | MICHAEL HENNIG | WILLIAM MCGRATH |
| DEAN PANOS | JOHN DIXON | MICHAEL O'ROURKE | ZANE LUCAS |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ALLEN VAUGHAN | DOUGLAS PROCHNOW | JOSEPH KRASOVEC | RICHARD LAUTH |
| AMANDA SUMMERLIN | EDWARD CASMERE | JOSEPH SULLIVAN | ROBERT HARRIS |
| AMIEL GROSS | EDWARD CRANE | JOSHUA LEE | ROBERT MCCOY |
| ANDREW DETHERAGE | EDWARD KENNEY | KAYCE GISINGER | ROBERT RILEY |
| ANITA KIDD | EDWARD MACCABE | KENT PLOTNER | ROBERT SANDS |
| BARRY SHORT | EDWARD MCCAMBRIDGE | KEVIN KNIGHT | ROBERT SCHMIEDER |
| BASIL DISIPIO | EMILY ZAPOTOCNY | KEVIN OWENS | ROBERT SCHROEDER |
| C. DOUGLAS | GERMAINE WILLETT | KIRK HARTLEY | ROBERT SCOTT |
| C. EVERT | HOWARD MORRIS | KNIGHT ANDERSON | ROBERT SPINELLI |
| CAROL ZUCKERMAN | J. BRADLEY | KURT REITZ | ROBERT SPITKOVSKY |
| CATHY MOLCHIN | JAMES BOYERS | KURTIS REEG | ROBERT WILKINSON |
| CHRISTI JONES | JAMES CARTER | LAURIE RANDOLPH | ROGER HEIDENREICH |
| CHRISTOPHER LARSON | JAMES KASPER | LESLIE OFFERGELD | RONALD AUSTIN |
| CLARE MAISANO | JAMES MORRISON | LISA CORWIN | RONALD HACK |
| CRAIG LILJESTRAND | JAMES NIQUET | MAJA EATON | RUSSELL SCOTT |
| CURTIS BAILEY | JAMIE YADGAROFF | MARGARET FOSTER | SCOTT SIMPKINS |
| CYNTHIA LOCKE | JASON KENNEDY | MARY ANN HATCH | SHEHZAD HASAN |
| DANIEL DONAHUE | JASON RUBIN | MATTHEW FISCHER | STEPHEN JENKINS |
| DANIEL GRIFFIN | JEFFREY HEBRANK | MEGAN MURRAY | STEVEN SCOTT |
| DANIEL LONG | JENNIFER BLACKWELL | MELANIE KING | SUSAN MEHRINGER |
| DANIEL MCGRATH | JENNIFER KALAS | MICAH INLOW | TEIRNEY CHRISTENSON |
| DANIEL MULHOLLAND | JENNIFER STUDEBAKER | MICHAEL BERGIN | THOMAS HAYES |
| DANIEL O'CONNELL | JOHN BABIONE | MICHAEL CASCINO | THOMAS KERNELL |
| DANIEL TRACHTMAN | JOHN CANONI | MICHAEL DRUMKE | THOMAS TARDY |
| DAVID FANNING | JOHN DOUGLAS | MICHAEL ROSENBERG | TIMOTHY KRIPPNER |
| DAVID JONES | JOHN FONSTAD | MICHAEL ZUKOWSKI | TIMOTHY MURPHY |
| DAVID SETTER | JOHN KUROWSKI | OLLIE HARTON | TOBIN TAYLOR |
| DAVID YBARRA | JOHN SEEBOHM | PATRICK HAGGERTY | WALTER WATKINS |
| DENNIS CANTRELL | JOHN SHEFFER | PATRICK LAMB | WILLIAM MAHONEY |
| DONALD WARD | JON BAROOSHIAN | PAUL O'FLAHERTY | WILLIAM MILLS |
| DOUGLAS KING | JONATHAN MATTINGLY | RAYMOND FOURNIE | WILLIAM SHULTZ |
| | | RAYMOND MODESITT | WILLIS TRIBLER |