IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| CENTERS v. A.W. CHESTERTON COMPANY et al | PA-ED No.  08-CV-90268<br>Trans from IL-N Case No. 02C8702 |

Plaintiff's Statement of Expert Witness Reports 6/4/2012

Plaintiff submits written reports from the following expert witnesses.  Their reports and Rule 26(a)(2)(B) disclosures are attached as exhibits.  Plaintiff reserves the right to submit additional reports in rebuttal or for other good cause.

1. Retained Experts:
    a. Dr. Frank Ganzhorn (unable to file at this time, will file upon receipt)
    b. Stephen Kenoyer
    c. Joseph Ferriter
    d. Jim Huttner
    e. Barry Castleman
    f. Arnold Brody

2. Non-retained Experts:
    a. Dr. Cornelius E. Whalen
    b. Dr. Edward C. Hoppin

Dated: June 4, 2012

Prepared by:

/s/ Robert G. McCoy
Attorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600