IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : Civil Action NO. MDL 875
LITIGATION (NO. VI)                :
                                   :
                        **FILED**  :
                                   :
                      JUL 17 2012  :
This document relates to all cases :
listed on the attached Exhibit A   MICHAEL E. KUNZ, Clerk.
                                   By _____ Dep. Clerk

## ORDER

**AND NOW**, this 17th day of July, 2012, upon consideration of:

(1)   Certain Defendants' Motion to Strike Cascino Vaughan's Supplemental Response to Standard Interrogatories (*e.g.* 08-91888 #66)[1] and plaintiffs' response (*e.g.* 08-91888 # 80);

(2)   General Electric Company's Motion to Strike (*e.g.* 08-91884 #110)[2] and plaintiffs' response (*e.g.* 08-91884 #121);

(3)   Georgia-Pacific LLC's Motions for Sanctions Pursuant to Federal Rule of Civil Procedure 37 (09-61717 #93, 08-90189 #110, 10-68124 #98, 10-68110 #136, 08-90201 #119 08-89865 #88, and 08-89958 #103) and plaintiffs' responses (08-90189 #117, 10-68124 #107, 10-68110 #145, 08-90201 #134, 08-89865 #101, 08-89958 #124)[3];

(4)   Ispat Inland Inc.'s Motion to Strike Plaintiff's "First Response to Standard Interrogatories," Plaintiff's "First Response to Standard Interrogatories – 5/21/12," and all Associated Exhibits, Witness and "Prior Testimony" Lists (08-90287 #149) and plaintiffs' response (08-90287 #163); and

(5)   Owens-Illinois, Inc.'s Motions to Strike (08-90268 #118 and 08-92210 #165) and plaintiffs' responses (08-90268 #128 and 08-92210 #182);

it is hereby **ORDERED** that:

(6)   Certain Defendants' Motion to Strike Cascino Vaughan's Supplemental Response

---

[1] This motion was filed in every remaining CVLO MDL-875 case.

[2] General Electric also filed this motion as these document numbers on the following dockets: 08-92207 #112, 08-92206 #130, 08-91742 #148, 08-90264 #76, 08-89945 #72, 08-90287 #151, and 08-90189 #109.

[3] Plaintiffs did not file a response to Georgia Pacific's motion filed on docket number 09-61717.

to Standard Interrogatories (*e.g.* 08-91888 #66) is **DENIED**[4];

---

[4] On June 12, 2012, plaintiffs' counsel served a 719 page list on defense counsel which purported to be applicable to all CVLO MDL-875 cases and which contained, allegedly: (1) the names of every "site worker" at each relevant job site; and (2) the identity of every statement from individuals with relevant knowledge of any plaintiff. Plaintiffs' counsel contended that this list was a supplemental response to standard interrogatory questions: 16 (requesting the identity of and details concerning the plaintiff's previous employers); 17 (requesting the identity of every job site at which the plaintiff claimed to have worked around asbestos-containing products); 18 (requesting details regarding each of the plaintiff's jobs including "your co-workers on that job, including the persons who worked with you or at the same job site"); 20 (requesting the identity of any of the plaintiff's co-workers who had knowledge of whether certain asbestos-containing products were at a job site or knew that the plaintiff actually worked with the products); and 29 (seeking the identity of any statements from individuals who claimed "to have knowledge concerning the matter alleged in the complaint, or who [ ] claim[ed] to have been a witness to any part of the exposure alleged by you").

  Plaintiffs' counsel claims that the 719 page list does not represent information that any one plaintiff has but instead represents what the firm knows about all of the cases. Plaintiffs' counsel contends that it provided the list to defense counsel based upon an apparently recent understanding that counsel's knowledge, as opposed to the knowledge of individual plaintiffs, should be assimilated into interrogatory answers. Plaintiffs' counsel further asserts that the sole purpose of providing this list was to protect themselves from future motions for sanctions for failing to timely supplement interrogatory answers.

  The standard interrogatories were approved by the court on October 5, 2010 and were deemed to be served in each individual CVLO MDL-875 case as of October 1, 2010. Each individual plaintiff in each case was to answer the interrogatories utilizing the information unique to his or her case. This purported supplement to interrogatories 16 though 17, 20 and 29, however, is meant to have global application in every case rather than be limited to any individual plaintiff's case, and contains no specificity regarding to what any of these individuals might testify or the contents of any of the transcribed statements. Accordingly, this massive listing is not a supplement to any previous answers served in the individual cases nor does it provide responses to any of the standard interrogatory questions submitted in any individual case. It is rather an extensive catalogue of: (1) names and addresses of "site-workers" listed by job site with a notation of whether the individual is represented by counsel; and (2) depositions taken, by job site, listing the deponent, the date of the testimony, whether the deponent is represented by counsel, and in some cases, the name and case number for which the testimony was taken. The list's generality and lack of detail render it incapable of being used by any defendant in any particular case.

  At the same time, the list does identify "site-workers" and associates these "site-workers" with particular job sites. That information could be useful and bear some relevance as the cases progress, even though the list fails to provide any indication of the extent of knowledge of the "site-workers"; the products about which the "site-worker" might have knowledge; or the

(continued...)

2

(7)     General Electric Company's Motion to Strike (*e.g.* 08-91884 #110) is likewise **DENIED** utilizing the same reasoning as set forth in footnote four.

(8)     Georgia-Pacific LLC's Motions for Sanctions Pursuant to Federal Rule of Civil Procedure 37 (09-61717 #93, 08-90189 #110, 10-68124 #98, 10-68110 #136, 08-90201 #119 08-89865 #88, and 08-89958 #103) are **GRANTED** in part as follows:

> (a)    the requests to strike the supplemental interrogatory answers served by the individual plaintiffs are **GRANTED** and those supplementary answers are **STRUCK**. These answers were not signed by the plaintiffs before the end of discovery, and therefore, under Fed. R. Civ. P. 33(b)(3), they are no answers at all. Unzicker v. A.W. Chesterston Co., 11-66288, 2012 WL 1966028, at *2 (E.D. Pa. May 21, 2012)(citing Tokarz v. TRG Columbus Development Venture, Ltd., 08–60190, 2008 WL 4533917, at *2 (S.D. Fla. Oct.6, 2008));
>
> (b)    the request to strike the 719 page supplemental interrogatory answers served by plaintiffs' counsel in all cases is **DENIED** for the reasons set forth in footnote four;
>
> (c)    the request for fees is **DENIED**;

(9)     Inland Inc.'s Motion to Strike (08-90287 #149) is **GRANTED** and the supplemental interrogatory answers are **STRUCK** in that they were also not verified before the end of discovery, see Unzicker, 2012 WL 1966028, at *2; and

(10)    Owens-Illinois, Inc.'s Motions to Strike (08-90268 #118 and 08-92210 #165) are **GRANTED** and the supplemental interrogatory answers are **STRUCK** in that they likewise remained unsigned at the termination of fact discovery. See Unzicker, 2012 WL 1966028, at *2.

BY THE COURT:

DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

⁴(...continued)
time periods during which the "site-worker" would have worked at a particular job site. Further, while merely associating a job site with a "site-worker" is certainly not sufficient to even begin to establish the causation evidence a plaintiff would need to sustain his case, the list does provide some relevant information. Accordingly, and while urging plaintiffs to be clear-eyed about the listing's deficiencies, we decline to grant defendants' motion.

...

**MAILED)con't):**

| | | | |
|---|---|---|---|
| DEREK SMITH | JOSEPH O'HARA | R. MUTH | WILLIAM MCGRATH |
| DEVLIN SCHOOP | JOSEPH SHANNON | R. STOMMEL | WILLIS HUIRAS |
| DONALD BROAD | JOSEPH WITEK | RICHARD BAKER | ZANE LUCAS |
| EDWARD BENCHIK | JOSHUA MURPHY | RICHARD BOLTON | ZENAIDA FALCON |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DREW ODUM | JULIE HOWIE | RICHARD SCHUSTER |
| ADAM LAGOCKI | EDWARD CASMERE | KAREN RHEINGANS | RICK SHEA |
| AHNDREA VANDENELZE | EDWARD CRANE | KATHERINE SPITZ | ROBERT LONG |
| ALAN ZELKOWITZ | EDWARD KENNEY | KATHRYN DOWNEY | ROBERT MCCOY |
| ALBERT PARNELL | EDWARD MACCABE | KAYCE GISINGER | ROBERT MEYER |
| ALLEN VAUGHAN | EDWARD MATUSHEK | KENT PLOTNER | ROBERT PISANI |
| AMANDA SUMMERLIN | EDWARD MCCAMBRIDG | KENT ROGERS | ROBERT RALEIGH |
| AMIEL GROSS | EDWARD STUKES | KEVIN KNIGHT | ROBERT RILEY |
| AMY MILES | EMILY ZAPOTOCNY | KEVIN OWENS | ROBERT SANDS |
| ANDREW DETHERAGE | ERIC CARLSON | KHALAF KHALAF | ROBERT SCHMIEDER |
| ANDREW VOSS | EVAN EISNER | KIMBERLY HILLMAN | ROBERT SCHROEDER |
| ANTHONY GOLDNER | FORREST WILKES | KIMBERLY SARFF | ROBERT SCOTT |
| BARBARA BUBA | FREDERICK MUELLER | KIRK HARTLEY | ROBERT SPINELLI |
| BARRY LOFTUS | G. BRUCH | KNIGHT ANDERSON | ROBERT SPITKOVSKY |
| BARRY SHORT | GARY SMITH | KRISTINA LEMANSKI | ROBERT WILKINSON |
| BASIL DISIPIO | GEORGE KISER | KURT REITZ | ROGER HEIDENREIC |
| BRADLEY NAHRSTADT | GERMAINE WILLETT | KURTIS REEG | RONALD AUSTIN |
| BRETT LARSEN | GREGORY COCHRAN | KYLE MANSFIELD | RONALD HACK |
| BRIAN WATSON | GREGORY GOLDBERG | LANCE MUELLER | RUSSELL KLINGAMAN |
| BRUCE CLARK | GREGORY LYONS | LAUREL JOHNSON | RUSSELL SCOTT |
| BRUCE LYON | GREGORY MCNAMEE | LAURIE MCLEROY | SANJAY SHIVPURI |
| BRYAN SKELTON | HOWARD MORRIS | LAURIE RANDOLPH | SARAH MILLER |
| BRYCE BENNETT | J. BRADLEY | LESLIE OFFERGELD | SARAH PAGELS |
| C. DOUGLAS | J. MALONEY | LISA CORWIN | SCOTT HENRY |
| C. EVERT | JAMES BOYERS | LISA DILLMAN | SCOTT SIMPKINS |
| CARMEN ANDERSON | JAMES CARTER | M. GRANT | SCOTT THOMSEN |
| CAROL ZUCKERMAN | JAMES DENIS | MAGGIE NIGRO | SEAN SHEEHAN |
| CATHERINE CARLSON | JAMES HOUSE | MAJA EATON | SHAWANE LEE |
| CATHERINE MOHAN | JAMES JACOBSON | MARGARET BYRNE | SHAWN BABIUCH |
| CATHY MOLCHIN | JAMES KASPER | MARGARET FOSTER | SHEHZAD HASAN |
| CHAN MCLEOD | JAMES MORRISON | MARK BAUMAN | SHEILA BIRNBAUM |
| CHARLES JOLEY | JAMES MURRAY | MARK DESROCHERS | STEPHEN BUSCH |
| CHRISTI JONES | JAMES NIQUET | MARK EISLER | STEPHEN JENKINS |
| CHRISTOPHER BANASZAK | JAMES WYNNE | MARK FELDMANN | STEPHEN MILOTT |
| CHRISTOPHER CONRAD | JAMIE YADGAROFF | MARK HITT | STEPHEN SCHWARTZ |
| CHRISTOPHER LARSON | JANELLE LINDER | MARK SAMPSON | STEVEN BARBER |
| CHRISTOPHER LEE | JASON KENNEDY | MARK TIVIN | STEVEN BESHORE |
| CHRISTOPHER P.BANASZAK | JASON MOHR | MARTHA REGGI | STEVEN CARLSON |
| CHRISTOPHER STEPHEN | JASON RUBIN | MARTIN SCHWARTZ | STEVEN HART |
| CHRISTOPHER TRIBLE | JEFFERY FERTL | MARY ANN HATCH | STEVEN KIRSCH |
| CLARE MAISANO | JEFFREY FECHT | MARY GAY | SUSAN HENDERSON |
| CLARE RUSH | JEFFREY HEBRANK | MATTHEW FISCHER | SUSAN MEHRINGER |
| CONNIE POSTELLI | JEFFREY ROGERS | MATTHEW JARDINE | TEIRNEY CHRISTENSO |
| CRAIG LILJESTRAN | JENNIFER BLACKWELL | MATTHEW THIBODEAU | THEODORE HOVDA |
| CURTIS BAILEY | JENNIFER KALAS | MEGAN MURRAY | THOMAS CANNON |
| CYNTHIA LOCKE | JENNIFER STUDEBAKER | MEREDITH HUDGENS | THOMAS GILLIGAN |
| DANIEL DONAHUE | JENNIFER WATSON | MICAH INLOW | THOMAS GONZALEZ |
| DANIEL ELGER | JEROME FERIANCEK | MICHAEL ANTIKAINEN | THOMAS HAYES |

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| DANIEL GRIFFIN | JILL FELKINS | MICHAEL BERGIN | THOMAS KERNELL |
| DANIEL JARDINE | JOEL SPITZ | MICHAEL BLOCK | THOMAS NORBY |
| DANIEL LONG | JOHN ARRANZ | MICHAEL CASCINO | THOMAS ORRIS |
| DANIEL MANNA | JOHN BABIONE | MICHAEL DENNING | THOMAS SCHMITZER |
| DANIEL MCGRATH | JOHN CANONI | MICHAEL DRUMKE | THOMAS SCHOBER |
| DANIEL MULHOLLAND | JOHN DOUGLAS | MICHAEL ROSENBERG | THOMAS SCHRIMPF |
| DANIEL O'CONNELL | JOHN FONSTAD | MICHAEL TRUCCO | THOMAS TARDY |
| DANIEL RUSTMANN | JOHN FRANKE | MICHAEL ZUKOWSKI | THOMAS THIBODEAU |
| DANIEL TRACHTMAN | JOHN HALPIN | MITCHELL MOSER | TIFFANY TURNER |
| DAVID CYR | JOHN HELLER | MITCHELL PINSLY | TIMOTHY KAPSHANDY |
| DAVID DAMICO | JOHN KENT | NATHAN FRONK | TIMOTHY KRIPPNER |
| DAVID DOGAN | JOHN KUROWSKI | NATHAN QUAGLIA | TIMOTHY MURPHY |
| DAVID FANNING | JOHN LAFFEY | NEAL MCQUEENEY | TIMOTHY PAGEL |
| DAVID HENDRICKSO | JOHN MCCANTS | NICHOLAS NIZAMOFF | TIMOTHY PIKE |
| DAVID JONES | JOHN SEEBOHM | NICOLE BEHNEN | TOBIN TAYLOR |
| DAVID KELLEHER | JOHN SHEFFER | NORA GIERKE | TRACY COWAN |
| DAVID NILLES | JOHN SON | OLLIE HARTON | TREVOR WILL |
| DAVID SCOUTON | JOHN WALLER | PATRICK FINNEGAN | VIRGINIA GIOKARIS |
| DAVID SETTER | JON BAROOSHIAN | PATRICK LAMB | W. REBER |
| DAVID SZLANFUCHT | JON FREDRICKSO | PATRICK STUFFLEBEA | W. SIESENNOP |
| DAVID TEMPLE | JON GOLDWOOD | PAUL O'FLAHERTY | WALTER WATKINS |
| DAVID WILKINS | JONATHAN LIVELY | PAUL WOJCICKI | WARD BROWN |
| DAVID YBARRA | JONATHAN MATTINGLY | PETER MARKS | WAYNE MARVEL |
| DEMETRA CHRISTOS | JONATHAN PARRINGTON | PETER MCKENNA | WILLIAM CROKE |
| DENNIS CANTRELL | JONATHAN ZWEIZIG | RAYMOND FOURNIE | WILLIAM MAHONEY |
| DERRICK HADDOX | JOSEPH CAGNOLI | RAYMOND MODESITT | WILLIAM MILLS |
| DONALD CARLSON | JOSEPH KRASOVEC | REED SUGG | WILLIAM SERRITELLA |
| DONALD ORZESKE | JOSEPH REJANO | RENEE MORTIMER | WILLIAM SHENKENBER |
| DONALD WARD | JOSEPH SULLIVAN | RICHARD BIEDRZYCKI | WILLIAM SHULTZ |
| DOUGLAS KING | JOSHUA JOHANNINGM | RICHARD BOYLE | WILLIAM SMITH |
| DOUGLAS POLAND | JOSHUA LEE | RICHARD LAUTH | WILLIAM WENDLING |
| DOUGLAS PROCHNOW | JOSHUA SCHEETS | RICHARD RIEGNER | WILLIS TRIBLER |

**MAILED:**

| | | | |
|---|---|---|---|
| ALBERT BOWER | EDWARD HARNEY | JUAN RAMIREZ | RICHARD CHAPIN |
| AMBER ACHILLES | EDWARD RUBERRY | K. CAREY | RICHARD EWING |
| ANDREW BOLING | ELIZABETH HARVEY | KARL KOONS | RICHARD HAAS |
| ANDREW CROSS | EUGENE MILLER | KEITH HAYS | RICHARD HUSER |
| ANDREW KOLB | FRANCIS MORRISSEY | KELLY CHERF | RICHARD LONG |
| ANDREW LEVINE | GARY SMITH | KELLY MCCLOSKEY | RICHARD STEINKEN |
| ANDREW STUART | GEORGE SOULE | KENNETH GORENBERG | ROBERT HALEY |
| ANDREW WOLF | GREGORY CERULO | KEVIN DUCKWORTH | ROBERT KOPKA |
| ANNE STINNEFORD | GUS SACOPULOS | KEVIN LONG | ROBERT LANCASTER |
| ANTHONY BARONE | HEIDI OERTLE | KEVIN REID | ROBERT SHULTZ |
| ARTHUR RADKE | J. FITZGERALD | KRISTIN ACHTERHOF | ROBERT WILENS |
| BARRY ROBIN | J. GASS | KRISTINE KRAFT | ROBERT WRIGHT |
| BEAU SEFTON | JACK BLOCK | LAURA O'CONNELL | ROISIN BELL |
| BILLEE WARD | JACQUELYN CHAMPAGNE | LAURE FLANIKEN | RONALD CURTIS |
| BRADLEY FALKOF | JAMES CULHANE | LEE BAKER | RONALD LIPINSKI |
| BRIAN CAHILL | JAMES FIEWEGER | LEON TODD | RONALD WELDY |
| BRIAN EBENER | JAMES HAFELE | LEONARD WAGNER | ROSEANNE LOFTUS |
| BRIAN FIELDS | JAMES HICKEY | LIMO CHERIAN | RUSSELL HOOVER |
| BRIAN PLEGGE | JAMES PECKERT | LINDA GRAFT | SARAH MILLER |
| BRUCE KAMPLAIN | JAMES REIHER | LISA WARWICK | SCOTT KYROUAC |
| BRUCE MARR | JAMES SNYDER | LORI YOKOYAMA | SEAN MACK |
| C. KOEBELE | JAMES TOOHEY | MARK JOHNSON | STACEY SENECZKO |
| CAROL PRYGROSKY | JAMES WESTON | MARK LIABO | STEPHAN ROTH |
| CAROL TATE | JAMES WHEELER | MARK LIES | STEPHEN KAUFMANN |
| CATHERINE NOVACK | JAMES WILLIAMS | MARK RAKOCZY | STEPHEN KRAVIT |
| CECILIA MCCORMACK | JAN DODD | MARK ROSEN | STEPHEN MAASSEN |
| CHARLES BOHL | JAY STARRETT | MATTHEW LEE | STEVEN CELBA |
| CHARLES DARGO | JEFFERY MATTHEWS | MAUREEN KELLY | STEVEN SANDERS |
| CHARLES REITER | JEFFREY JANIK | MAUREEN MUNRO | STEVEN SCHNACK |
| CHRISTOPHER RAISTRICK | JEFFREY MCKEAN | MELISSA SKILKEN | SUSAN GUNTY |
| CIARA FROST | JEFFREY REEL | MICHAEL BISHOP | SUSAN HUNTER |
| CLARKE GILLESPIE | JEFFREY SCHMECKPEP | MICHAEL CIESLEWICZ | TANYA BELL |
| CREED TUCKER | JEFFREY ZIPES | MICHAEL CONNELLY | TERENCE SELBY |
| D. GLOOR | JENNIFER FARDY | MICHAEL FLYNN | THADDEUS STANKOWSKI |
| DANIEL CHEELY | JENNIFER JOHNSON | MICHAEL HENNIG | THERESE KELLY |
| DANIEL FARROLL | JENNIFER SEIDLER | MICHAEL HUGHES | THOMAS BOSWELL |
| DANIEL GRAHAM | JEROME KRINGS | MICHAEL JASSAK | THOMAS EHRHARDT |
| DANIEL OVERBEY | JERROD BARENBAUM | MICHAEL KAEDING | THOMAS MEYER |
| DAVID ANDERSON | JILL RAKAUSKI | MICHAEL KOKAL | THOMAS MIXDORF |
| DAVID BARTEL | JOAN IRICK | MICHAEL MOODY | THOMAS MURRAY |
| DAVID COLLINS | JOAN PHILLIPS | MICHAEL OBERMAN | THOMAS WILSON |
| DAVID JONES | JOEL POOLE | MICHAEL O'ROURKE | TIMOTHY BROWN |
| DAVID MORRIS | JOHN CHILDERS | MICHAEL TERWILLIGE | TIMOTHY FAGAN |
| DAVID MUELLER | JOHN DAMES | MICHELLE MONTGOMERY | TIMOTHY GARDNER |
| DAVID ROLF | JOHN DIXON | MURRAY ABOWITZ | TIMOTHY HARRIS |
| DAVID SLAVKIN | JOHN EMERY | NORA PLATT | TIMOTHY UEBER |
| DEAN PANOS | JOHN FREY | PAMELA PAIGE | TOM ROTH |
| DEBORAH SOLMOR | JOHN MCDAVID | PATRICK HAGGERTY | VANI SINGHAL |
| DEIRDRE GALLAGHER | JOHN OSTOJIC | PATRICK MCKENNA | VICTOR LAZZARETTI |
| DEMARCUS GORDON | JOHN O'SULLIVAN | PATRICK PHILLIPS | VICTORIA NILLES |
| DENIS RISCHARD | JOHN RUSHING | PAUL HEATON | W. WELSH |
| DENNIS DOBBELS | JOHN STUCKEY | PETER CARLSON | WILLIAM BURNHAM |
| DENNIS GRABER | JOMARIE FREDERICKS | PETER HATTON | WILLIAM EHRKE |
| DENNIS SULLIVAN | JOSEF HORTER | PETER HICKEY | WILLIAM HASSLER |