IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| CENTERS v. A.W. CHESTERTON COMPANY et al | PA-ED No. 08-CV-90268 *Trans from IL-N Case No. 02-8702* |

**Declaration in Support of Plaintiff's Response in Opposition to
Owens Illinois Inc.'s  Motion for Summary Judgment**

Christine Rapp declares as follows. I am a legal assistant at Cascino Vaughan Law Offices, attorneys for plaintiff.  I make this declaration based on my personal knowledge in support of Plaintiff's Response in Opposition to Owens Illinois Inc.'s Motion for Summary Judgment. Attached as exhibits are true and accurate copies of the following:

1.      Downs Declaration 7-20-2012
2.      Downs Deposition 10-15-2013
3.      Owens Illinois Interrogatory Answers
4.      Kaylo Invoices
5.      Kiser Deposition 1-27-2012
6.      Stephen Kenoyer and Kenneth Garza Report
7.      Stephen Kenoyer and Kenneth Garza Declaration
8.      Stephen Kenoyer and Kenneth Garza General Report
9.      Dr. Ganzhorn CV
10.     Dr. Ganzhorn Report
11.     Discovery Chart 10-1-2013
12.     MDL Order Staying Cases 7-23-2013
13.     MDL Order 11-18-2013
14.     Scheduling Order 9-17-2013
15.     Kiser Deposition 10-29-2013
16.     Wright Order 4-6-2012
17.     Goeken Order 4-3-2012
18.     Krik Order 5-16-2013
19.     Death Certificate
20.     Ironworkers Local Records

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2014

Christine Rapp